UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cr-137-MOC-DCK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **DESTINI LEE THOMAS,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on Defendant **DESTINI LEE THOMAS'** Motion for Early Termination of Probation/Supervised Release. (Doc. No. 58).

**ORDER**

**IT IS HEREBY ORDERED** that the Government shall respond to Defendant's Motion within 14 days.

Max O. Cogburn Jr.
United States District Judge

1